**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of J.A.M.V., aka J.A.M., a Child

Appellate case number:    01-13-00681-CV

Trial court case number:  2012-04355J

Trial court:                     313th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel, however, has not filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.*; *see also In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.) (holding procedures set forth in *Anders* apply to appeal from termination of parental rights when counsel concludes that there are no arguable issues to assert on appeal). An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, Donald M. Crane, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5, 9, and 10. *See* TEX. R. APP. P. 6.5, 9, 10; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.


Judge's signature:/s/ Jim Sharp
                              ☑ Acting individually      ☐ Acting for the Court


Date:  November 21, 2013